**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                             Civil Action No.  2:14-cv-12468-AC-RSW

JOHN DOE, subscriber assigned IP address
98.209.130.92,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 98.209.130.92.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  August 27, 2014

                                                          Respectfully submitted,

                                                          By:      /s/ *Paul J. Nicoletti*
                                                          Paul J. Nicoletti
                                                          pauljnicoletti@gmail.com
                                                          NICOLETTI LAW, PLC
                                                          33717 Woodward Avenue, Suite #433
                                                          Birmingham, Michigan 48009
                                                          Phone:  (248) 203-7800
                                                          *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti